**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 25, 2015

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00325-CV
Tr.Ct.No. C-0542-13-A
Style:    LA JOYA INDEPENDENT SCHOOL DISTRICT, ET AL v. RUTH
          VILLARREAL, INDIVIDUALLY AND RUTH VILLARREAL INSURANCE LLC

The judgment of the trial court in the above cause was AFFIRMED by this Court on the 3rd day of July, 2014. The mandate is enclosed.

Costs of the appeal were adjudged against appellants, LA JOYA INDEPENDENT SCHOOL DISTRICT, ET AL.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days. Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    Hon. Ramon Garcia (DELIVERED VIA E-MAIL)
       Hon. Clif Alexander (DELIVERED VIA E-MAIL)
       Hon. Javier Pena (DELIVERED VIA E-MAIL)
       Hon. Miguel Alberto Saldana (DELIVERED VIA E-MAIL)
       Hon. Craig M. Sico (DELIVERED VIA E-MAIL)